UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION
Civil Action No. 5:21-cv-00096

MEGAN L. RANDALL,

Plaintiff,

v.

DYNAMIC RECOVERY SOLUTIONS, LLC,

Defendant,

_____/

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that MEGAN L. RANDALL ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant, DYNAMIC RECOVERY SOLUTIONS, LLC, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated: August 12, 2021

Respectfully submitted,

*s/ Alejandro E. Figueroa*
Alejandro E. Figueroa, Esq.
(FL #1021163)
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone: (630) 575-8181
alejandrof@sulaimanlaw.com

1

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Alejandro E. Figueroa*