**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**Case No: 5:21-cv-00096-TKW-MJF**

| | |
|---|---|
| MEGAN L. RANDALL, <br><br> Plaintiff, <br><br> v. <br><br> DYNAMIC RECOVERY SOLUTIONS, LLC, <br><br> Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES the Plaintiff, MEGAN L. RANDALL, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing her claims against Defendant, DYNAMIC RECOVERY SOLUTIONS, LLC, with prejudice, with all parties to bear their own attorney's fees and cost

Dated: September 10, 2021                                     Respectfully Submitted,

MEGAN L. RANDALL
*s/ Alejandro E. Figueroa*
Alejandro E. Figueroa, Esq.
Florida Bar No. 1021163
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone: (630) 575-8180
alejandrof@sulaimanlaw.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify on September 10, 2021, I electronically filed the foregoing document using CM/ECF system, which will send notification of such filing(s) to all counsel of records.

*s/ Alejandro E. Figueroa*