UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MEGAN L. RANDALL**,

    **Plaintiff**,

v.                                Case No. 5:21cv96-TKW-MJF

**DYNAMIC RECOVERY
SOLUTIONS, LLC**,

    **Defendant**.
_____/

## **ORDER OF DISMISSAL**

Based on Plaintiff's notice of voluntary dismissal with prejudice (Doc. 11), it is **ORDERED** that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and the Clerk shall close the case file.

**DONE and ORDERED** this 13th day of September, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**